Decided September 24, 1997

RICHARD RIGGIO AND SONS, INC. *v.* ROBERT J.
GALIETTE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 63 (AC 15996), is denied.

*Robert J. Galiette,* in support of the petition.

*Gregory M. Harris,* in opposition.

Decided September 24, 1997